John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 809519

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-20454 | 031-0 | THOMAS EUGENE TAYLOR<br>Original Check written to:<br>PATHOLOGY ASSOCIATES OF LONGVIEW<br>C/O EDWARD SLOAN & ASSOCIATES<br>PO BOX 788<br>WINNSBORO, TX  75494 | xxxxxxxxxxxxYLOR | 238.60 | 15.90 | 0.00 | 15.90 |
| 05-20454 | 032-0 | THOMAS EUGENE TAYLOR<br>Original Check written to:<br>EAST TEXAS GASTROENTEROLOGY<br>C/O EDWARD SLOAN & ASSOCIATES<br>PO BOX 788<br>WINNSBORO, TX  75494 | xxxxxxxxxxxxYLOR | 63.51 | 4.23 | 0.00 | 4.23 |
| 05-60925 | 005-0 | RONNIE E BEASLEY<br>Original Check written to:<br>CHEROKEE CAD<br>2323 BRYAN STREET #1600<br>DALLAS, TX  75201-2644 | xxxxxxxxxxxxxxxxxxxx0006 | 0.00 | 397.42 | 0.00 | 397.42 |
| 05-61088 | 005-0 | JOHNNY D MARTIN<br>Original Check written to:<br>FRANKSTON ISD<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET#1600<br>DALLAS, TX  75201-2644 | xx8068 | 0.00 | 123.45 | 0.00 | 123.45 |
| 06-20211 | 017-0 | DERRICK DWAYNE HOLMES<br>Original Check written to:<br>HARRISON COUNTY<br>C/O MCCREARY ET AL<br>PO BOX 1269<br>ROUND ROCK, TX  78680- | xxxxxx9815 | 137.34 | 124.41 | 55.02 | 179.43 |
| 07-20091 | 072-0 | TRACY LEE JOHNSON<br>Original Check written to:<br>HOMECOMINGS FINANCIAL<br>3451 HAMMOND AVENUE<br>WATERLOO, IA  50702-5345 | | 5,377.68 | 21.12 | 0.00 | 21.12 |
| 09-61055 | 999-0 | SAMUEL PETERSON, JR.<br>Original Check written to:<br>SAMUEL PETERSON, JR.<br>209 HLLSIDE<br>ATHENS, TX  75751 | | 0.00 | 175.00 | 0.00 | 175.00 |